## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **STANLEY GREEN,** | |
| *Plaintiff,* | **Civil Action No.** |
| v. | 5:20-cv-00195-MTT |
| **YOUNG MI DREADEN,** et al. | |
| *Defendants.* | **JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION TO RESPOND TO GEORGIA DEPARTMENT OF CORRECTIONS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S SUBPOENA TO PRODUCE

Plaintiff Stanley Green, by and through his undersigned counsel, file this Motion for Extension of Time to Respond to Georgia Department of Corrections' Objections and Responses to Plaintiff's Subpoena to Produce and respectfully ask the Court as follows:

1.      On December 16, 2022, non-party Georgia Department of Corrections filed a Motion to Quash Subpoena (ECF. 82).

2.      On December 19, 2022, this Court Ordered for Plaintiff to file a Response to the Motion to Quash Subpoena by December 23, 2022 (ECF. 83).

3.      Counsel for Plaintiff is seeking a five (5) day extension to respond to the Motion to Quash, up through and including December 28, 2022.

4.      Counsel for Plaintiff has attempted to confer with Counsel for Georgia Department of Corrections but has not yet heard back.

5.      Counsel for Plaintiff files this motion in good faith and not for the sole purpose of delay.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff moves the Court for an order extending Plaintiff's time to

respond to non-party Georgia Department of Corrections pending Motion to Quash, up through and

including December 28, 2022.

Respectfully submitted this 23rd day of December, 2022,

*/s/ Mario Williams*
Mario Williams

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Tel. (404) 254-0442
Fax (404) 935-9391
mwilliams@hdrattoreys.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 23rd day of December 2022,

/s/ Mario B. Williams
Mario B. Williams