IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STANLEY GREEN, | \* |
| Plaintiff, | \* |
| v. | Case No.  5:20-cr-195-MTT |
| | \* |
| DR. EDWARD HALE BURNSIDE, II, et al., | |
| | \* |
| Defendants. | |
| _____ | \* |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 13th day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk